UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　Plaintiff,　　　　　　　　　) | Cause No: CR12-086MJP |
| vs.　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| RICKEY WASHINGTON　　　　　　　　) | Order to Continue Pre Trial Motions Deadline |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　Defendant.　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |

**MOTION TO CONTINUE**

TO:　　　　　U.S. Prosecuting Attorney, Thomas Bates:

ATTENTION:　CLERKS OF UNITED STATES DISTRICT COURT AT TACOMA

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled court upon the motion of the Defendant, Rickey Washington, for the above-entitled order and the court being fully advised that:

Defendant's counsel needs additional time to complete a full review of discovery and complete the defense investigation into Mr. Washington's case, AND, the government raises no objection to defendant's request.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

Order to Continue Pre-Trial motions deadline  is <u>Granted</u>.

　　　　Jesse Corkern | JRC Practice, PLLC
119 1st Ave. S. Suite 260 | Seattle, WA.98104
P 206.395.9059 F 206.219.6682

1: The Pre-Trial Motions deadline shall be continued to May 10, 2012.

DONE this 4th day of May, 2012.

_Marsha J. Pechman_
Marsha J. Pechman
Chief United States District Judge

Jesse Corkern | JRC Practice, PLLC
119 1st Ave. S. Suite 260 | Seattle, WA.98104
P 206.395.9059 F 206.219.6682